# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form7instructions.pdf

**9th Cir. Case Number(s)** 23-55015

**Case Name** Danny Lopez v. Aircraft Service International, Inc., et al.

**Counsel submitting this form** Christopher Ward, (SBN 238777), Foley & Lardner LLP

**Represented party/parties** Defendants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.

*Briefly describe the dispute that gave rise to this lawsuit.*

Respondent Danny Lopez filed a representative action under the Private Attorneys' General Act ("PAGA") seeking to recovery civil penalties on behalf of himself and other "aggrieved employees" (i.e., all of Appellant's non-exempt employees in California.) Appellant moved to compel Plaintiff to submit his individual PAGA claim to arbitration and dismiss his representative PAGA claims on the basis that Plaintiff signed an enforceable arbitration agreement containing a waiver of his right to bring representative PAGA claims on behalf of others. The District Court denied Appellant's motion on the basis that the Federal Arbitration Act ("FAA") does not apply to individuals who are engaged in "interstate commerce" based on a recent United States Supreme Court decision in Southwest Airlines Co. v. Saxon, 142 S. Ct. 1793 (2022), which held that individuals who loaded and unloaded cargo from aircraft was engaged in interstate commerce and was thus exempt from the FAA.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 7  Rev. 9/01/22

*Briefly describe the result below and the main issues on appeal.*

The result of Appellant's Motion to Compel Arbitration was a denial by the District Court. The main issue on appeal is whether the District Court correctly interpreted and applied Southwest Airlines Co. v. Saxon, 142 S. Ct. 1793 (2022) to Respondent, who worked as an aircraft fueler. Respondent contends that fueling an aircraft does not constitute loading and unloading cargo, and that Appellant's position does not fall within the class of workers at issue in Saxon and, as such, Appellant is not exempt from the FAA.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no proceedings remaining below or any related proceedings in other tribunals.

**Signature** s/ Christopher Ward  **Date** January 17, 2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                                                          *Rev. 9/01/22*