No. 23-55015
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DANNY LOPEZ, individually and on behalf
of all other aggrieved employees
*Plaintiff-Appellee,*

v.

AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation and MENZIES
AVIATION (USA), INC., a corporation
*Defendants-Appellants*

On Appeal from the United States District Court
for the Central District of California
Case No. 2:21-cv-07108-DMG-E
Hon. Dolly M. Gee

**APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE
ANSWERING BRIEF BY 60 DAYS**

Matthew J. Matern (Cal. State Bar No. 159798)
Matthew W. Gordon (Cal. State Bar No. 267971)
Max N. Sloves (Cal. State Bar No. 21767)
Kiran Prasad (Cal. State Bar No. 255348)
Matern Law Group, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

*Attorneys for Plaintiff-Appellee*
DANNY LOPEZ

## CERTIFICATE OF INTERESTED PARTIES

The undersigned, counsel of record for Plaintiff-Appellee DANNY LOPEZ, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

1. Plaintiff and Appellee DANNY LOPEZ

2. Aggrieved members in this matter

3. Matern Law Group, PC, counsel for Plaintiff

4. Defendants and Appellants AIRCRAFT SERVICE INTERNATIONAL, INC. and MENZIES AVIATION (USA), INC.

Dated: May 12, 2023     By: */s/* Kiran Prasad

                                                 Kiran Prasad
                                                 Matthew J. Matern
                                                 Matthew W. Gordon
                                                 Max N. Sloves
                                                 1230 Rosecrans Avenue, Suite 200
                                                 Manhattan Beach, California 90266
                                                 Telephone: (310) 531-1900
                                                 Facsimile: (310) 531-1901
                                                 Attorneys for Plaintiff-Appellee

## APPELLEE'S MOTION FOR EXTENSION OF TIME
## TO FILE ANSWERING BRIEF

Plaintiff-Appellee DANNY LOPEZ respectfully moves this Court for a 60-day extension of time, until August 8, 2023 in which to file his answering brief. Appellee's brief is currently due on June 9, 2023.

Good cause exists for the requested extension, as set forth in detail in the following Declaration of Kiran Prasad.

Dated: May 12, 2023    By: */s/* Kiran Prasad

    Kiran Prasad
    Matthew J. Matern
    Matthew W. Gordon
    Max N. Sloves
    1230 Rosecrans Avenue, Suite 200
    Manhattan Beach, California 90266
    Telephone: (310) 531-1900
    Facsimile: (310) 531-1901
    Attorneys for Plaintiff-Appellee

# DECLARATION OF KIRAN PRASAD IN SUPPORT OF PLAINTIFF-APPELLEE'S MOTION FOR AN EXTENSION OF TIME TO FILE ANSWERING BRIEF

I, Kiran Prasad, declare:

1. I am a senior associate with Matern Law Group, PC, counsel of record for Plaintiff-Appellee DANNY LOPEZ ("Appellee"). I have personal knowledge of the matters set forth below and, if called to testify to them, could do so competently.

2. Appellee is seeking a 60-day extension of time until August 8, 2023 within which to file his answering brief. Appellee's answering brief is currently due on June 9, 2023, pursuant to a prior streamlined request. The original due date of the brief was May 10, 2023. The due date was then continued to June 9, 2023 pursuant to a streamlined request.

This is Appellee's first motion to extend the deadline to file his answering brief.

3. One of my foremost responsibilities at Matern Law Group is to prepare and respond to appeals and to assist with time-intensive motion practice in class actions and representative actions.

4. The grounds for this extension are as follows:

3

a.  I was assigned to work on the briefing in this matter and I am the attorney with primary responsibility for the preparation of Appellee's answering brief ("Answering Brief").

b.  I request additional time because (1) the current deadline falls in a period in which I have a family vacation; I will be out of the office from May 26, 2023 to June 9, 2013; (2) my appellate caseload is very heavy; I have at least three appellate briefs that I must complete before May 26, 2023 for which I have already obtained lengthy extensions; and (3) I have been tasked with assisting with depositions in a class action matter; depositions are slated to begin May 15, 2023.  The additional 60-day extension will permit me to sequence and meet all deadlines without impairing the quality of the work.

c. The increase in appeals filed in recent months, as well as additional litigation assignments due to two recent attorney departures has prevented me from making significant progress on the Answering Brief in this matter. The unusual number of appeals pending is in part due to the United States Supreme Court decision in *Viking River Cruises v. Moriana* (2022) __ U.S. ___142 S.Ct. 1906.

d.  I have three other appellate deadlines to meet before I leave for my vacation on May 26, 2023.  I have already requested 60 to 90-day extensions

4

in those cases. I have a respondent's answering brief due in each of the following: (1) *Erik Brown v. Cedars-Sinai*, Court of Appeal Case No. B324446 (deadline per 60-day extension is May 23, 2023); (2) *Yaneth Elias v. Mendocino Farms,* Court of Appeal Case No. C096869 (deadline per ninety-day extension is May 30, 2023); and (3) *D'Amari Rodriguez v. SAS*, Court of Appeal Case No. A166048 (deadline per 60-day extension is June 2, 2023).

e. In addition to the foregoing work that I need to complete before leaving, I was tasked with preparing the evidence for a reply in support of class certification in *Fogo De Chao Wage and Hour Cases*, JCCP 5034, because my colleague is now on leave for several months. Specifically, I am responsible for coordinating and taking the depositions of a sizeable sample of defendants' 200 declarants. Depositions of 35 employees are slated to begin May 15, 2023.

f. Part of the current backlog resulted from assisting with depositions in a prior class certification filing (filed April 7, 2023) in which there were approximately 250 declarations submitted in support of the employer. Coordinating and taking the depositions was time intensive and consumed many weeks of worktime that prevented me from making progress on the aforementioned appellate briefs. Also, I was out of town for a week in April

5

of 2023 and upon return have been working diligently on the three briefs with earlier due dates.

g. When I return to the office on June 9, 2023, I will have other appellate briefing deadlines due around that same time. An August 8, 2023 deadline would allow me to prioritize the Answering Brief in this matter while making progress on appeals due shortly thereafter.

The deadlines for the additional appeals due after I return are as follows: (1) *Kimberly Hegemier v. A Better Life Recovery, LLC,* Court of Appeal Case No. G061892 (currently due May 31, 2023 and motion to stay pending *Adolph* has been filed); (2) *David Radcliff v. San Diego Gas Co. ,* Ninth Circuit Case No. Case No. 22-55940) (deadline is currently May 31, 2023 and a 47-day extension has been approved to July 17, 2023); (3) *Alejandro Ramirez v. Southern California Pizza Company,* Court of Appeal Case No. G062245 (deadline is currently July 31, 2023 due to 60-day extension), and (4) a reply brief in *Patricia Schwade v. South Pasadena Care Center,* Court of Appeal Case No. B318644 (once the respondent's answering brief is submitted I will seek a 60-day extension to late mid-July, 2023.)

5. I have exercised, and will continue to exercise, diligence regarding this appeal and will file the brief by the requested due date.

6. On May 10, 2023, my office contacted Mr. Kevin Jackson, counsel for Appellant, regarding this motion for an extension to file the answering brief for 60-days. On May 11, 2023, Appellant's Counsel stated they would only agree to a 20-day extension of time, which would be June 29, 2023.

7. It is my understanding that the court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of May 2023, at San Ramon, California.


By: */s/* Kiran Prasad_____

Kiran Prasad