| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 24 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,

          Plaintiff-Appellee,

 v.

AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; MENZIES AVIATION (USA), INC., a corporation,

          Defendants-Appellants.

No.   23-55015

D.C. No. 2:21-cv-07108-DMG-E
Central District of California,
Los Angeles

ORDER

Appellee's motion (Docket Entry No. 23) for an extension of time to file the answering brief is granted.

The answering brief is due August 8, 2023. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA146