No. 23-55015
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DANNY LOPEZ, individually and on behalf
of all other aggrieved employees
*Plaintiff-Appellee,*

v.

AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation and MENZIES AVIATION (USA), INC., a corporation
*Defendants-Appellants*

On Appeal from the United States District Court
for the Central District of California
Case No. 2:21-cv-07108-DMG-E
Hon. Dolly M. Gee

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF BY 14 DAYS**

Matthew J. Matern (Cal. State Bar No. 159798)
Matthew W. Gordon (Cal. State Bar No. 267971)
Max N. Sloves (Cal. State Bar No. 21767)
Kiran Prasad (Cal. State Bar No. 255348)
Matern Law Group, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

*Attorneys for Plaintiff-Appellee*
DANNY LOPEZ

## CERTIFICATE OF INTERESTED PARTIES

The undersigned, counsel of record for Plaintiff-Appellee DANNY LOPEZ, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

1. Plaintiff and Appellee DANNY LOPEZ

2. Aggrieved members in this matter

3. Matern Law Group, PC, counsel for Plaintiff

4. Defendants and Appellants AIRCRAFT SERVICE INTERNATIONAL, INC. and MENZIES AVIATION (USA), INC.

Dated: August 1, 2023     By: */s/* Kiran Prasad

                                        Kiran Prasad
                                        Matthew J. Matern
                                        Matthew W. Gordon
                                        Max N. Sloves
                                        1230 Rosecrans Avenue, Suite 200
                                        Manhattan Beach, California 90266
                                        Telephone: (310) 531-1900
                                        Facsimile: (310) 531-1901
                                        Attorneys for Plaintiff-Appellee

## APPELLEE'S MOTION FOR EXTENSION OF TIME
## TO FILE ANSWERING BRIEF

Plaintiff-Appellee DANNY LOPEZ respectfully moves this Court for a 14-day extension of time, until August 22, 2023 in which to file his answering brief. Appellee's brief is currently due on August 8, 2023.

Good cause exists for the requested extension, as set forth in detail in the following Declaration of Kiran Prasad.

Dated: August 1, 2023          By: */s/* Kiran Prasad

                                                Kiran Prasad
                                                Matthew J. Matern
                                                Matthew W. Gordon
                                                Max N. Sloves
                                                1230 Rosecrans Avenue, Suite 200
                                                Manhattan Beach, California 90266
                                                Telephone: (310) 531-1900
                                                Facsimile: (310) 531-1901
                                                Attorneys for Plaintiff-Appellee

## DECLARATION OF KIRAN PRASAD IN SUPPORT OF PLAINTIFF-APPELLEE'S MOTION FOR AN EXTENSION OF TIME TO FILE ANSWERING BRIEF

I, Kiran Prasad, declare:

1. I am a senior associate with Matern Law Group, PC, counsel of record for Plaintiff-Appellee DANNY LOPEZ ("Appellee"). I have personal knowledge of the matters set forth below and, if called to testify to them, could do so competently.

2. Appellee is seeking a 14-day extension of time until August 22, 2023 within which to file his answering brief. Appellee's answering brief is currently due on August 8, 2023, pursuant to a prior streamlined request. The original due date of the brief was May 10, 2023. The due date was then continued to June 9, 2023 pursuant to a streamlined request and then continued to August 8, 2023 by way of a motion.

    a. This is Appellee's second motion to extend the deadline to file his answering brief.

3. One of my foremost responsibilities at Matern Law Group is to prepare and respond to appeals and to assist with time-intensive motion practice in class actions and representative actions.

4. The grounds for this extension are as follows:

    a.    I was assigned to work on the briefing in this matter and I am the attorney with primary responsibility for the preparation of Appellee's answering brief ("Answering Brief").

    b.    I request additional time because intervening tasks, a brief illness, and jury duty has delayed my office from finalizing Appellee's Answering Brief.

    c.    The previous lead attorney in *Cabrales, et al. v. BAE Systems San Diego Ship Repair, Inc.*, Case No. 3:21-CV-02122-AJB-DDL, currently pending in the U.S. District Court for the Southern District of California left the firm without advance notice before a critical motion for class certification filing was due.

    d.    I was tasked with familiarizing myself with the record in *Cabrales* and preparing drafts of all pleadings. We filed the motion for class certification and supporting documents on July 26, 2023. After the filing, I was out of the office due to illness, then jury duty (part-day on 7/31/23), and also completed an appellate filing in an earlier filed matter, *Schwade v. South Pasadena Care Center*, California Court of Appeal, Case No. B318644 (reply brief filed 7/28/23).

    e.    Due to the foregoing, I was unable to make the progress I would have liked on Appellees' answering brief.

4

5. I have exercised, and will continue to exercise, diligence regarding this appeal and will file the brief by the requested due date.

6. On August 1, 2023, my office contacted Mr. Kevin Jackson, counsel for Appellant, regarding this motion for an extension to file the answering brief for 14-days. Appellant's Counsel stated he would not oppose this motion.

7. It is my understanding that the court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 1st day of August 2023, at San Ramon, California.

By: */s/* Kiran Prasad\_\_\_\_

Kiran Prasad