**FILED**

AUG 02 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation and MENZIES AVIATION (USA), INC., a corporation, <br><br> Defendants - Appellants. | No. 23-55015 <br><br> D.C. No. 2:21-cv-07108-DMG-E <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |

Appellee's motion (Docket Entry No. 25) for an extension of time to file the answering brief is granted. The appellee's answering brief is due August 22, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Ninth Circuit Rule 27-7