No. 23-55015
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DANNY LOPEZ, individually and on behalf
of all other aggrieved employees
*Plaintiff-Appellee,*

v.

AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation and MENZIES AVIATION (USA), INC., a corporation
*Defendants-Appellants*

On Appeal from the United States District Court
for the Central District of California
Case No. 2:21-cv-07108-DMG-E
Hon. Dolly M. Gee

**APPELLEE'S THIRD MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF BY 7 DAYS**

Matthew J. Matern (Cal. State Bar No. 159798)
Matthew W. Gordon (Cal. State Bar No. 267971)
Max N. Sloves (Cal. State Bar No. 21767)
Kiran Prasad (Cal. State Bar No. 255348)
Matern Law Group, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

*Attorneys for Plaintiff-Appellee*
DANNY LOPEZ

## CERTIFICATE OF INTERESTED PARTIES

The undersigned, counsel of record for Plaintiff-Appellee DANNY LOPEZ, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

1. Plaintiff and Appellee DANNY LOPEZ

2. Aggrieved members in this matter

3. Matern Law Group, PC, counsel for Plaintiff

4. Defendants and Appellants AIRCRAFT SERVICE INTERNATIONAL, INC. and MENZIES AVIATION (USA), INC.

Dated: August 15, 2023        By: */s/* Kiran Prasad

                                         Kiran Prasad
                                         Matthew J. Matern
                                         Matthew W. Gordon
                                         Max N. Sloves
                                         1230 Rosecrans Avenue, Suite 200
                                         Manhattan Beach, California 90266
                                         Telephone: (310) 531-1900
                                         Facsimile: (310) 531-1901
                                         Attorneys for Plaintiff-Appellee

## APPELLEE'S MOTION FOR EXTENSION OF TIME
## TO FILE ANSWERING BRIEF

Plaintiff-Appellee DANNY LOPEZ respectfully moves this Court for a 7-day extension of time, until August 29, 2023 in which to file his answering brief. Appellee's brief is currently due on August 22, 2023.

Good cause exists for the requested extension, as set forth in detail in the following Declaration of Kiran Prasad.

Dated: August 15, 2023      By: */s/* Kiran Prasad

                                       Kiran Prasad
                                       Matthew J. Matern
                                       Matthew W. Gordon
                                       Max N. Sloves
                                       1230 Rosecrans Avenue, Suite 200
                                       Manhattan Beach, California 90266
                                       Telephone: (310) 531-1900
                                       Facsimile: (310) 531-1901
                                       Attorneys for Plaintiff-Appellee

# DECLARATION OF KIRAN PRASAD IN SUPPORT OF PLAINTIFF-APPELLEE'S MOTION FOR AN EXTENSION OF TIME TO FILE ANSWERING BRIEF

I, Kiran Prasad, declare:

1. I am a senior associate with Matern Law Group, PC, counsel of record for Plaintiff-Appellee DANNY LOPEZ ("Appellee"). I have personal knowledge of the matters set forth below and, if called to testify to them, could do so competently.

2. Appellee is seeking a 7-day extension of time until August 29, 2023 within which to file his answering brief. Appellee's answering brief is currently due on August 22, 2023, pursuant to a prior streamlined request, and two motions. The original due date of the brief was May 10, 2023. The due date was then continued to June 9, 2023 pursuant to a streamlined request. That date was continued to August 8, 2023 by way of a motion. The August 8, 2023 deadline was continued until August 22, 2023 by way of a second motion.

This is Appellee's third motion to extend the deadline to file his answering brief. Appellee seeks a brief 7-day extension and anticipates this will be the final request.

3. One of my foremost responsibilities at Matern Law Group is to prepare and respond to appeals and to assist with time-intensive motion practice in class actions and representative actions.

3

4. The grounds for this extension are as follows:

    a. I was assigned to work on the briefing in this matter and I am the attorney with primary responsibility for the preparation of Appellee's answering brief ("Answering Brief").

    b. I request additional time because when I filed the prior motion I failed to take into account that the lead attorney on the case in the trial court, Mr. Matthew W. Gordon, would be out of the office the final weeks before filing.

    c. I previously requested a two-week extension based on workload and jury service that prevented me from making progress on the brief. When I requested the additional two weeks, I failed to take into account Mr. Gordon would be out of the office until August 21, 2023, the day before the filing is due.

    d. Due to my oversight, I request an additional week to permit lead Counsel, Mr. Gordon, to review the brief and finalize it for this Court's review.

5. I have exercised, and will continue to exercise, diligence regarding this appeal and will file the brief by the requested due date.

6. On August 14, 2023, my office contacted Mr. Christopher Ward and Mr. Kevin Johnson, counsel for Appellant, regarding this motion for an extension

4

to file the answering brief for 7-days. Appellant's Counsel, Mr. Ward, stated he would not agree to Appellee filing this motion as unopposed.

7. It is my understanding that the court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 15th day of August 2023, at San Ramon, California.


By: */s/* Kiran Prasad____

Kiran Prasad