Case No. 23-55015
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

DANNY LOPEZ, individually, and on behalf of all other aggrieved employees

*Plaintiff-Appellee*,

v.

AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation and MENZIES AVIATION (USA), INC., a corporation

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Central District of California
No. 2:21-cv-07108-DMG-E
Hon. Dolly M. Gee

_____

## APPELLANTS' OPPOSITION TO APPELLEE'S THIRD MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF BY 7 DAYS
_____

| | |
|---|---|
| Christopher Ward (SBN 238777) | Kevin Jackson (SBN 278169) |
| **FOLEY & LARDNER LLP** | **FOLEY & LARDNER LLP** |
| 555 S. Flower Street, Suite 3300 | 11988 El Camino Real, Suite 400 |
| Los Angeles, CA 90071-2418 | San Diego, CA 92130-2594 |
| Telephone: (213) 972-4500 | Telephone: (858) 847-6700 |
| E-mail: cward@foley.com | E-mail: kjackson@foley.com |

*Attorneys for Defendants-Appellants*
Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.

4884-7002-5592.1

## APPELLANTS' OPPOSITION TO APPELLE'S MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF

Defendants-Appellants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc. ("Appellants") oppose Appellee Danny Lopez's ("Appellee") *third* motion for extension of time to file Answering Brief. (Dkt. 27). Appellants filed their Opening Brief on April 13, 2023—more than four months ago. Appellants did not oppose Appellee's first streamlined request for extension of time to file his Answering Brief, which extended his deadline to May 22, 2023. (Dkt. 19). The Court provided several additional weeks and provided Appellee until June 9, 2023 to file his Answering Brief. (Dkt. 20). On May 12, 2023, Appellee filed another request to extend the deadline to file an Answering Brief to August 8, 2023. (Dkt. 23). Two weeks ago, Appellee filed yet another request to extend the deadline to August 22, 2023. (Dkts. 23, 25). Again, Appellants did not oppose this request, but informed Appellee's counsel that it would not be agreeable to any further extensions given the need to bring this matter to resolution and the fact that Appellee has had more than four months to prepare an Answering Brief. (Dkt. 25, p. 6, ¶ 6). On August 14, 2023, Appellee requested another extension due to an internal calendaring mistake, and Appellant informed Appellee's counsel that it could not agree to a further extension for reasons previously stated. (Dkt. 27, pp. 4-5, ¶ 6).

4884-7002-5592.1

Given that Appellee has had ample time to prepare an Answering Brief, Appellee's counsel's failure to coordinate their own scheduling conflicts when requesting prior extensions is not sufficient justification to request, for a *fourth time*, yet another extension to file his Answering Brief. Appellant respectfully requests that the Court decline to grant a fourth request (and third motion) to extend Appellee's deadline to file an Answering Brief so that this matter can advance towards resolution on its current schedule.

Date: August 15, 2023

FOLEY & LARDNER LLP

<u>/s/ Christopher Ward</u>
Christopher Ward
Kevin Jackson

*Attorneys for Appellants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.*

4884-7002-5592.1

## CERTIFICATE OF SERVICE

**9th Cir. Case Number: 23-55015**

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system. Service on Case Participants Who Are Registered for Electronic Filing:

| | |
|---|---|
| Matthew Warren Gordon<br>Matthew J. Matern<br>Max Neal Sloves<br>Kiran Prasad<br>Matern Law Group, PC<br>1230 Rosecrans Ave., Suite 200<br>Manhattan Beach, CA 90266<br>Tel: (310) 531-1900 | *Attorneys for Plaintiff-Appellee, Danny Lopez*<br><br>E-mail: *mgordon@maternlawgroup.com*<br>E-mail: *mmatern@maternlawgroup.com*<br>E-mail: *msloves@maternlawgroup.com*<br>E-mail: *kprasad@maternlawgroup.com* |

Description of Document(s) (required for all documents):

**Appellants' Opposition to Appellee's Third Motion for Extension of Time to File Answering Brief by 7 Days**.

**Signature** /s/ Christopher Ward          **Date** August 15, 2023

4884-7002-5592.1