UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,

    Plaintiff-Appellee,

 v.

AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; MENZIES AVIATION (USA), INC., a corporation,

    Defendants-Appellants.

No. 23-55015

D.C. No. 2:21-cv-07108-DMG-E
Central District of California,
Los Angeles

ORDER

 Appellee's motion (Docket Entry No. 27) for an extension of time to file the answering brief is granted. The Clerk will file the answering brief submitted at Docket Entry No. 29.

 The optional reply brief remains due October 12, 2023.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA146