# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s):** 23-55015

**Case Name:** Danny Lopez v. Aircraft Service International, Inc. et al

**Hearing Location (*city*):** Pasadena

**Your Name:** Christopher Ward

List the sitting dates for the two sitting months you were asked to review:

January 8-12, 2024
February 5-9, 2024
February 12-16, 2024

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

January 12, 2024: Spouse required to travel for wedding party participation (she is a bridesmaid) and I need to be at home to cover child care responsibilities.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** /s Christopher Ward    **Date:** 9/20/23

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 32**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*New 12/01/2018*