Case No. 23-55015

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

DANNY LOPEZ, individually, and on behalf of all other aggrieved employees

*Plaintiff-Appellee*,

v.

AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation and MENZIES AVIATION (USA), INC., a corporation

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Central District of California
No. 2:21-cv-07108-DMG-E
Hon. Dolly M. Gee

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF BY SEVEN DAYS

| | |
|---|---|
| Christopher Ward (SBN 238777) | Kevin Jackson (SBN 278169) |
| **FOLEY & LARDNER LLP** | **FOLEY & LARDNER LLP** |
| 555 S. Flower Street, Suite 3300 | 11988 El Camino Real, Suite 400 |
| Los Angeles, CA 90071-2418 | San Diego, CA 92130-2594 |
| Telephone: (213) 972-4500 | Telephone: (858) 847-6700 |
| E-mail: cward@foley.com | E-mail: kjackson@foley.com |

*Attorneys for Defendants-Appellants*
Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.

4853-5088-9349.1

# APPELLANTS' UNOPPOSED MOTION FOR EXTENSION
# OF TIME TO FILE REPLY BRIEF

Defendants-Appellants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc. (hereinafter collectively "Menzies") respectfully move this Court for a seven-day extension of time, until October 19, 2023 in which to file their optional reply brief. Appellants' brief is currently due on October 12, 2023.

Good cause exists for the requested extension, as set forth in detail in the following Declaration of Christopher Ward.

Date: October 9, 2023

FOLEY & LARDNER LLP

*/s/ Christopher Ward*
Christopher Ward
Kevin Jackson

*Attorneys for Appellants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.*

4853-5088-9349.1