# DECLARATION OF CHRISTOPHER WARD
# IN SUPPORT OF APPELLANTS' MOTION FOR EXTENSION OF TIME
# TO FILE REPLY BRIEF

I, Christopher Ward, declare as follows:

1.	I am a partner at Foley & Lardner LLP, counsel of record for Defendants-Appellants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc. (hereinafter collectively "Menzies"). I have personal knowledge of the matters set forth below and, if called to testify to them, I could do so competently.

2.	Menzies is seeking a short seven-day extension of time until October 19, 2023 within which to file their optional reply brief. Menzies' reply brief is currently due on October 12, 2023. The original due date of the brief was September 12, 2023 based on the August 22, 2023 filing date of Appellee Danny Lopez's answering brief, and this due date was then continued to October 12, 2023 pursuant to a streamlined request.

3.	This is Menzies' first motion to extend the deadline to file a reply brief.

4.	On August 23, 2023 – the day after Lopez filed his answering brief – my daughter was unexpectedly hospitalized and remained inpatient for a week. On August 27, 2023, while my daughter remained in the hospital, my wife also fell

very ill and also had to be hospitalized with a different illness than my daughter. As a consequence of their medical concerns, I began an immediate leave of absence on August 27, 2023 both to provide care for my other children during my wife's illness and to provide care to my wife and daughter.

5. My wife's and my daughter's recoveries have been prolonged, difficult and ongoing. Both required a transitionary care plan following discharge from full-time inpatient care that involved partial daily hospitalization followed by intensive outpatient treatment and now in-home rehabilitation. My responsibilities to take care of our other family members and be available to support my wife's and my daughter's treatment required me to remain on a full-time leave of absence through September 29, 2023. I have attempted to resume working a full-time schedule as of October 2, 2023, but after over a month away attending to my family responsibilities, my backlog of work remains substantial and I am doing my best to manage various deadlines.

6. Notwithstanding my leave of absence of backlog of work, I had arranged my schedule in such a way that I anticipated being able to complete Menzies' reply brief by the current filing date of October 12, 2023. However, a serious flu has been going through my household, and I appear to have caught it. As of the morning of October 9, 2023 as I type this, I feel very ill, and based on how the illness has affected my family members, my expectation is that I will need

36-48 hours of rest before I will be well enough to work in a full capacity. Based on that timeline, it will be very difficult for me to complete Menzies' reply brief by October 12, 2023.

7. Immediately upon waking on the morning of October 9, 2023 after realizing I was ill and my illness would likely substantially impair my ability to complete Menzies' reply brief by October 12, 2023, I contacted counsel for Lopez, regarding this motion for and requested their agreement on a seven-day extension to file Menzies' reply brief. Lopez's counsel responded confirming Lopez would not oppose this motion.

I declare under penalty of perjury under the laws of California, Illinois and the United States of America that the foregoing is true and correct.

Dated this 9th day of October, 2023 at Elmhurst, Illinois.

*/s/ Christopher Ward*
Christopher Ward
