**FILED**

**OCT 10 2023**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; MENZIES AVIATION (USA), INC., a corporation,<br><br>Defendants-Appellants. | No. 23-55015<br><br>D.C. No. 2:21-cv-07108-DMG-E<br>Central District of California, Los Angeles<br><br>ORDER |

Appellants' Unopposed Motion for Extension of Time to File Reply Brief by Seven Days, filed October 9, 2023, is GRANTED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT