

1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
www.maternlawgroup.com
Tel: (310) 531-1900 | Fax: (310) 531-1901

December 11, 2023

**Via ECF**

Ms. Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals
For the Ninth Circuit
95 Seventh Street,
San Francisco, CA 94103

Re: *Danny Lopez v. Aircraft Service International, Inc., et al.*, Case No. 23-55015

**APPELLEE'S RESPONSE TO APPELLANTS' NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO RULE 28(j)**

Dear Ms. Dwyer,

Plaintiff/Appellee Danny Lopez ("Lopez") responds to the Rule 28(j) letter submitted by Defendant/Appellants ("Menzies"), which cites *Fraga v. Premium Retail Serv., Inc*., No. 21-10751-WGY, 2023 WL 8435180 (D. Mass. Dec. 5, 2023).

*Fraga* fully supports this Court's continued use of the "closely related to [interstate transportation] as to be practically a part of it" test for determining the applicability of the Federal Arbitration Act's Section 1 exemption. *See Rittmann v. Amazon.com, Inc*., 971 F.3d 904, 912-913 (9th Cir. 2020); *see also Southwest Airlines Co. v. Saxon*, 142 S.Ct. 1783, 1789 (2022). *Fraga* also supports continuing to rely on contemporaneous case law under such statutes as the Federal Employer Liability Act (FELA) in determining Congress' understanding of the scope of its interstate-transportation jurisdiction when enacting the FAA in 1925. *See* Ans. Br. (Dkt. 29) at 29-30.

The court in *Fraga* stated, with respect to the Section 1 exemption, "[t]he key focus of the analysis ought be on what the worker actually does. […] If a worker's activity is closely related to interstate transportation, it ought be considered a part of interstate transportation." 2023 WL 8435180 at *4, citing *Shanks v. Del., Lackawanna & W.R.R. Co*., 239 U.S. 556, 558-59 (1916) – a case arising under FELA. "Thus, an employee whose work is closely related to the act of transporting, but that does not necessarily involve the act of transportation itself, is covered by section 1 of the FAA." *Id*. *Shanks*, of course, was one of the FELA cases relied upon

**MATERN LAW GROUP, PC**

December 11, 2023
Page 2 of 2

in *Rittmann*, 971 F.3d at 912, just as another FELA case, *Baltimore & Ohio Southwestern R.R. Co. v. Burtch*, 263 U.S. 540 (1924), was relied upon in *Saxon*, 142 S.Ct. at 1789.

*Fraga* offers no support for Menzies' made-up "hands-on" test for determining the scope of the FAA §1 exemption, which is not supported by any case authority, old or new. Besides, the issue in *Fraga* pertained to the *frequency* with which the workers engaged in transportation-related activity, 2023 WL 8435180 at *5, which is not at issue here, as plaintiffs regularly fueled aircraft bound for interstate travel.

Respectfully submitted,

**MATERN LAW GROUP, PC**

*/s/ Max Sloves*

Matthew J. Matern
Matthew W. Gordon
Kiran Prasad
Max Sloves
Attorneys for Plaintiff-Appellee
Danny Lopez