

1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
www.maternlawgroup.com
Tel: (310) 531-1900 | Fax: (310) 531-1901

March 14, 2024

**Via ECF**

Ms. Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

      Re:    *Danny Lopez v. Aircraft Service International, Inc., et al.*, Case No. 23-55015

**APPELLEE'S RESPONSE TO APPELLANTS' NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO RULE 28(j)**

Dear Ms. Dwyer:

     Pursuant to Fed. R. App. P. 28(j) and Circuit Rule 28-6, Appellee Danny Lopez ("Lopez") responds to the letter dated March 13, 2024, by Appellants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc. (collectively, "Menzies"), which provided notice of the decision by the Ninth Circuit in *Ortiz v. Randstad Inhouse Servs., LLC*, __ F.4th __ (9th Cir. 2024), No. 23-55147.

     Lopez supports the Court's consideration of *Ortiz* because it articulates the "closely related to" standard for application of the Section 1 exemption to the Federal Arbitration Act that is set forth in Lopez's brief.

     *Ortiz* supports Lopez's contention that his work directly fueling planes (an instrumentality traveling in interstate commerce) qualifies him for the Section 1 exemption for transportation workers. While *Ortiz* held that a local warehouse worker who handled goods qualified for the exemption, it stated that his class of work was somewhat removed from, "stereotypical transportation work, such as driving a semi-truck or flying a freight plane." *Id*. at 18.

     Because *Ortiz* recognizes drivers and pilots undoubtedly qualify due to their direct relationship *to the instrumentality traveling in interstate commerce* and not by direct contact with goods, it undermines Appellant's direct "hands-on" goods test, which is not the standard applied by the Ninth Circuit. Here, the entirety of airplane fuelers' activity is closely related and necessary to interstate transportation. *Ortiz* noted that "without airport tarmac" employees' work, interstate

MATERN LAW GROUP, PC
March 14, 2024
Page 2 of 2

commerce would "grind to a halt." *Id*. at 17-18. Similarly, without the work of airplane fuelers interstate commerce would come to a standstill.

Accordingly, *Ortiz* fully supports the decision of the district court.

Respectfully submitted,

**MATERN LAW GROUP, PC**

*/s/ Max Sloves*

Matthew J. Matern
Matthew W. Gordon
Kiran Prasad
Max Sloves
Attorneys for Plaintiff-Appellee
Danny Lopez