**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 29 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; MENZIES AVIATION (USA), INC., a corporation,<br><br>Defendants-Appellants. | No. 23-55015<br><br>D.C. No. 2:21-cv-07108-DMG-E Central District of California, Los Angeles<br><br>ORDER |

Before: RAWLINSON, MELLOY,[*] and H.A. THOMAS, Circuit Judges.

Judges Rawlinson and Thomas voted to deny, and Judge Melloy recommended denying, the Petition for Rehearing En Banc.

The full court has been advised of the Petition for Rehearing En Banc, and no judge of the court has requested a vote.

The Petition for Rehearing En Banc, filed August 1, 2024, is DENIED.

---

[*] The Honorable Michael J. Melloy, United States Circuit Judge for the U.S. Court of Appeals for the Eighth Circuit, sitting by designation.