UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 06 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation and MENZIES AVIATION (USA), INC., a corporation, <br><br> Defendants - Appellants. | No. 23-55015 <br><br> D.C. No. 2:21-cv-07108-DMG-E <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |

The judgment of this Court, entered July 19, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT