# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 3, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Aircraft Service International, Inc., et al.
           v. Danny Lopez
           No. 24-596
           (Your No. 23-55015)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on November 26, 2024 and placed on the docket December 3, 2024 as No. 24-596.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Susan Frimpong
           Case Analyst